UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/5/2020__
```

------------------------------------------------------------------- x
FANG,

      **Plaintiff,**

 -against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

      **Defendant.**
------------------------------------------------------------------- x

1:19-CV-11367 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

 The Parties are hereby ORDERED to submit a joint status report to the Court on or before July 3, 2020. Defendant is ORDERED to serve this Order on Plaintiff, and file proof of service, by June 12, 2020.

**SO ORDERED.**

**Dated:**  **New York, New York**
     **June 5, 2020**

             _____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**